IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>HAMISH MACNAB,<br><br>    Defendant. | Case No.  CR ~~12~~ 13-0294 MMC<br><br>[~~PROPOSED~~] ORDER CONTINUING SENTENCING HEARING DATE |

    Based on the stipulation of the parties and with the consent of the defendant, the Court hereby orders that the sentencing hearing date currently set for April 2, 2014 at 2:15 p.m. shall be vacated and instead, a hearing shall be held before this Court on April 30, 2014 at 2:15 p.m.

IT IS SO ORDERED.

DATED: March 27, 2014

*[signature]*
HON. MAXINE M. CHESNEY
United States District Court Judge
Northern District of California