UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR 13-0294 MMC |
| | ) | |
| Plaintiff, | ) | [PROPOSED] PRELIMINARY ORDER OF FORFEITURE |
| | ) | |
| v. | ) | |
| | ) | |
| HAMISH RICHARD GORDON MACNAB, | ) | |
| | ) | |
| Defendant. | ) | |

Having considered the application for a preliminary order of forfeiture filed by the United States, the plea agreement entered on January 15, 2014, wherein the defendant admitted to the forfeiture allegation, and good cause appearing,

IT IS HEREBY ORDERED that the following property is forfeited to the United States:

The property listed on the two-page "Attachment to Plea Agreement" (attached hereto as Exhibit A)

IT IS FURTHER ORDERED that the United States, through its appropriate agency, shall seize the forfeited property forthwith and publish at least once, on a government website, for at least thirty days, notice of this Order, notice of the government's intent to dispose of the property in such manner as the Attorney General may direct, and notice that any person, other than the defendant, having or claiming a legal interest in the property must file a petition with the Court and serve a copy on government counsel within thirty (30) days of the final publication of notice or of receipt of actual notice, whichever is earlier.

[PROPOSED] PRELIMINARY ORDER OF FORFEITURE
CR 13-0294 MMC                                                                                                                                  1

1  IT IS FURTHER ORDERED that the government is afforded leave to conduct discovery in order to identify, locate or dispose of property subject to forfeiture in accordance with Rule 32.2(b)(3) of the Federal Rules of Criminal Procedure; and

IT IS FURTHER ORDERED that the Court shall retain jurisdiction to enforce the Preliminary Order of Forfeiture, and to amend it as necessary, pursuant to Federal Rule of Criminal Procedure 32.2(e).

Dated: April 2, 2014



MAXINE M. CHESNEY
United States District Judge