UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. CR 13-00294 MMC |
| Plaintiff, | [PROPOSED] FINAL ORDER OF FORFEITURE |
| v. | |
| HAMISH RICHARD GORDON MACNAB, | |
| Defendant. | |

On April 2, 2014, the Court entered a Preliminary Order of Forfeiture, forfeiting all right, title, and interest in:

The property listed in Exhibit A (attached hereto) ("subject property").

The United States represents that it has complied with the publication and notice requirements of the Preliminary Order and that no petitions have been filed.

THEREFORE, it is ordered that the above-described property shall be forfeited to the United States, pursuant to Title 18, United States Code, Sections 982(a)(2)(B) and 1029(c)(1)(C).

All right, title, and interest in said property is vested in the United States of America. The appropriate federal agency shall dispose of the forfeited property according to law.

Dated: July 24, 2014

MAXINE M. CHESNEY
United States District Judge

EXHIBIT A

1. DIGITAL SCALE WITH RESIDUE
2. DIGITAL SCALE
3. US PASSPORT
4. BRITISH PASSPORTS – 2 each
5. THUMB DRIVE AND HARD DRIVE – 4 each
6. VISA CREDIT CARD BLANKS – 16 each
7. DUAL TRUNKING RADIO SCANNER
8. PHOTO PAPER WITH MASTERCARD HOLOGRAM
9. LAPTOP AND BAG
10. COPY DMV PERMIT 8Z90523
11. BLUE NOTE PAD
12. HTC SPRINT PHONE PC36100 4153094615
13. LG VIRGIN MOBILE 4157860568 VM510PV8
14. MISC GIFT/DEBIT CARDS - 6 each
15. PAY OWE SHEET
16. LIST OF NAMES AND ADDRESSES
17. CD LABELED "DOCS"
18. MISC ITEMS BELONGING TO GADI ROYZ – 7each
19. MENS WALLET (MACNAB) D/L,CARDS,PAPERS
20. MENS WALLET (FITZMARRIS) D/L,CARDS,PAPER
21. COUNTERFEIT DRIVERS LICENSE    -3each
22. MENS BILL FOLD WITH 9 CREDIT CARDS
23. MENS BILL FOLD W/CDL F2480893 & 3 OTH DL
24. GEICO LETTER ADDRESSED TO MACNAB
25. APPLE IPAD 6468 SERIAL#: GB041QQ3ETV
26. APPLE IPOD 32 GB
27. MISC THUMB DRIVES  - 5 each
28. MISC 8GB SD CARD
29. AMEX 100.00 PREPAID GIFT CARD
30. BOX OF HEAT SEALED LAMINATING POUCHES
31. FRISKARS MINI CUTTING BOARD
32. BOX OF STAPLES HOT LAMINATING POUCHES
33. EDD LETTER ADDRESSED TO MACNAB 8-15-11
34. HP PERSONAL COMPUTER AND THUMB DRIVE  SERIAL#: MXX0120X6F
35. AT&T PHONE BILL "SEAMUS MACNAB"
36. ASUS LAPTOP W/BAG & MISC PAPERWORK
37. ASUS LAPTOP SERIAL#: 9AN0ASB35007448
38. PC HARD DRIVE WITH FLOPPY DRIVE

| | |
|---|---|
| 39. | IPOD SPECIAL EDITION 20GB |
| 40. | 19TH AVE SELF STORAGE RENTAL AGREEMENT |
| 41. | MISC RECEIPTS & PAPERS -9 each |
| 42. | PANASONIC 16 MB SIM CARD |
| 43. | CALIFORNIA DRIVERS LICENSE |
| 44. | U.S. BANK VISA ENDING 8261 |
| 45. | CD 1 each |
| 46. | CREDIT CARDS – 80 each |
| 47. | BLANK CARDS – 13 each |
| 48. | DRIVERS LICENSES – 7 each |
| 49. | MISC DOCS |
| 50. | TUMI COMPUTER BAG |
| 51. | CD – 1 each |
| 52. | KEYS – 4 each |
| 53. | THUMB DRIVE -3 each |
| 54. | IPHONE ID:BCG-E2428 |
| 55. | TOSHIBA LAP TOP S/N 1C117612H |
| 56. | VIRGIN MOBILE LG S/N 109KPXV0023538 |
| 57. | CREDIT CARDS FOUND IN WALLET (BEDROOM) – 7 each |
| 58. | CREDIT CARD IN BATHROOM/STOREROOM 1 each |
| 59. | MISC CREDIT CARDS IN LV WALLET/LIVINGROO – 6 each |
| 60. | HP LAPTOP C0196239509462  SERIAL#: C0196239509462 |
| 61. | MEMORY STICK 1 each |
| 62. | MEMORY STICKS 4 each |
| 63. | METHAMPHETAMINE 3 grams |